

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00101-CR

PHILLIP MICHAEL NUNEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 32289CR

Before Morriss, C.J., Stevens and Carter,* JJ.

---

*Jack Carter, Justice, Retired, Sitting by Assignment

# O R D E R

Phillip Michael Nunez has filed an appeal from a judgment of conviction entered by the 196th Judicial District Court of Hunt County. Nunez retained Kristin R. Brown to represent him on appeal, but Brown has filed a motion to withdraw with this Court averring that she was unable to find any non-frivolous issue to raise on appeal. Brown's motion satisfies the requirements of Rule 6.5 of the Texas Rules of Appellate Procedure, and we hereby grant the motion to withdraw. *See* TEX. R. APP. P. 6.5.

In light of these circumstances, we abate this case to the trial court so that it may conduct whatever hearings are necessary to make the following determinations: (1) whether Nunez still desires to prosecute this appeal and, if so, (2) whether Nunez is indigent and entitled to the appointment of counsel to represent him on appeal. If the trial court determines that Nunez is indigent, then it shall appoint counsel to represent him on appeal.

The trial court may enter any orders necessary to implement these directives. Any hearing shall be conducted by the trial court within fifteen days of the date of this order. Appropriate orders and findings shall be sent to this Court in the form of a supplemental clerk's record within ten days of the date of the hearing contemplated by this order. The reporter's record of any hearing shall be filed with this Court within ten days of the date of the hearing contemplated by this order.

All appellate timetables are stayed and will resume on our receipt of the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date:   March 15, 2022